**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SMART COOKIE HOME ESSENTIALS INC.,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A",

No. 1:21-cv-1149

Hon. Rebecca R. Pallmeyer

Mag. Beth W. Jantz

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff's Motion for Entry of a Preliminary

Injunction Order against the defendants identified on Exhibit A attached hereto (collectively, the

"Defendants") and the online marketplace accounts identified in Exhibit A attached hereto (the

"Online Marketplace Accounts"), and this Court having considered the evidence before it hereby

GRANTS Plaintiff's Motion in its entirety.

This Court further finds that it has personal jurisdiction over the Defendants since the

Defendants directly target their business activities toward consumers in the United States,

including Illinois. "In the context of cases like this one, that means a plaintiff must show that each

defendant is actually operating an interactive website that is accessible in Illinois and that each

defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit

goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts

with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified*

*on Schedule A*, 192 F. Supp. 3d 924, 934 (N.D. Ill. 2016). In this case, Plaintiff has presented

screenshot evidence that each Defendant Internet Store is reaching out to do business with Illinois

1

residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can purchase products and are likely to be confused by Defendants' unauthorized use of Plaintiff's registered BURGER MASTER trademark (the "BURGER MASTER Trademark").

This Court further finds that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for a Temporary Restraining Order establishes that Plaintiff has a likelihood of success on the merits; that no adequate remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of trademark infringement because (1) the BURGER MASTER Trademark is a distinctive mark and registered with the U.S. Patent and Trademark Office on the Principal Register; (2) Defendants are not licensed or authorized to use the BURGER MASTER Trademark; and (3) Defendants' use of the BURGER MASTER Trademark is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff.

Plaintiff has also proved a *prima facie* case of copyright infringement because (1) Plaintiff owns copyright in the asserted copyrighted image at issue in this action (the "Burger Master Copyright"), for which U.S. copyright registration information is provided in Exhibit 2 to Plaintiff's Amended Complaint; and (2) Defendants' unauthorized copying of the Burger Master Copyright may be inferred here given the substantial similarity between the Burger Master Copyright and the images used by Defendants on the Defendant Internet Stores, and the fact that Defendants have had access to Plaintiff's Burger Master Copyright.

Furthermore, Defendants' continued and unauthorized use of the BURGER MASTER Trademark and the Burger Master Copyright irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such injury and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained, during the pendency of this action, from:

        a.      using Plaintiff's BURGER MASTER Trademark, or any reproductions, counterfeit copies or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any products that are not a genuine products or otherwise authorized by Plaintiff;

        b.      passing off, inducing, or enabling others to sell or pass off any products as genuine BURGER MASTER products or any other products produced by Plaintiff, that are not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff;

        c.      committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing Plaintiff's BURGER MASTER Trademark and damaging Plaintiff's goodwill;

e. otherwise competing unfairly with Plaintiff in any manner;

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, importing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear the BURGER MASTER Trademark, or any reproductions, counterfeit copies or colorable imitations thereof, including any product the packaging for which references the term "BURGER MASTER"; and

g. using, linking to, transferring, or selling, the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defendants could continue to sell products under the BURGER MASTER Trademark or any colorable imitations of said trademark;

h. reproducing, publicly displaying, distributing, or otherwise using the Burger Master Copyright in a manner allocated exclusively to the copyright owner under U.S. copyright law, including 17 U.S.C. § 101 *et seq.*

2. Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address; (b) all websites and online marketplace accounts on any platform that they own and/or operate; (c) their financial accounts, including all Alibaba, Amazon, eBay, Wish.com, and PayPal accounts; and (d) the steps taken by each Defendant to comply with Paragraphs 1(a) through (h), above.

4

3.      Those in privity with Defendants, or any persons or entities in active concert or participation with Defendants, with actual notice of this Order, including any online marketplaces such as Amazon and Amazon Marketplace, PayPal, Inc., eBay, Wish.com, Alibaba Group Holding Ltd., Alipay.com Co., Ltd., and any other related Alibaba entities (collectively, "Alibaba"), shall within five (5) business days of receipt of this Order:

a.      disable the listing and cease displaying any advertisements used by or associated with Defendants listed in Exhibit A in connection with the sale of counterfeit and infringing goods using the BURGER MASTER Trademark;

b.      restrain and enjoin Defendants identified in Exhibit A from transferring, liquidating, converting, encumbering, pledging, loaning, selling, concealing, dissipating, disbursing, assigning, spending, withdrawing, granting a lien or security interest or other interest in, or otherwise disposing of any money or other assets owned or controlled by Defendants until further ordered by this Court; and

c.      maintain and preserve all funds and assets controlled by Defendants and not transfer or surrender such funds for any purpose without the express authorization of the Court.

4.      Any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' online stores or other websites operated by Defendants, including, without limitation, any online marketplace platforms such as Amazon Marketplace, eBay, Wish.com, and Alibaba; merchant account providers, including PayPal, Alibaba, and Western Union; third party processors and other payment processing service

providers; shippers; and importers; all of the foregoing constituting, collectively, the "Third Party Providers," shall, within five (5) business days after receipt of such notice, provide to Plaintiff, without notice or any notification to the Defendants, expedited discovery, including copies of documents and records in such person's or entity's possession or control relating to:

    a.    a full accounting of the monthly sales revenue for each of Defendants' stores or Online Marketplace Accounts, as well as a full accounting of the amount of funds transferred in and out of the Online Marketplace Accounts each month;

    b.    an accounting of the total funds restrained in each financial/payment processing account (including, but not limited to, each Amazon Payment account) controlled by or associated with each Defendant;

    c.    the full list of names, addresses, email addresses, and IP addresses, of each person who registered, is listed in, has logged into, has used, or who is otherwise associated with the stores and associated financial/payment processing accounts of the Defendants listed in Exhibit A; and

    d.    the full list of stores and associated financial/payment processing accounts opened, operated by, or at any time used by the individuals listed in (c).

5.    Plaintiff may provide Notice of this Order to the Third Parties Providers through electronic mail, U.S. First Class Mail, or any private process server.

6.    Plaintiff may provide notice of these proceedings to Defendants by electronically publishing a link to the Amended Complaint, this Order, and other pleadings and Orders filed or entered in this action, on a website, or by sending an e-mail to the e-mail addresses provided for Defendants by third-parties that includes a link to said website. The combination of providing

notice via electronic publication and e-mail, along with any notice that Defendants receive from Online Marketplace Accounts and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.     Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.


ENTER:

Dated:  March 31, 2021

_____
Hon. Rebecca R. Pallmeyer
U.S. District Court Judge

7

*SMART COOKIE HOME ESSENTIALS INC. v.*
*THE PARTNERSHIPS AND UNINCORPORATED ASSOCS.*
*IDENTIFIED IN SCHEDULE "A,"* Case No. 1:21-cv-1149(RRP)(BWJ)

# Exhibit A

| Doe # | Marketplace | Seller Name | Seller ID | Product ID |
|---|---|---|---|---|
| 1 | Alibaba | Yiwu Dingyi E-Commerce Co., Ltd. | 1dingyi | 62192323956 |
| 2 | Alibaba | Guangzhou Bolingyu Trading Co., Ltd. | borlinyu | 1600114065280 |
| 3 | Alibaba | Shanghai Desan Electronics Co., Ltd. | desankj | 1600172722395 |
| 4 | Alibaba | Chengdu Mazelen E-Commerce Co., Ltd. | easystore | 1600112798760 |
| 5 | Alibaba | E.R. CORNISH PTY LTD | ercpackaging.trustpass | 62503044522 |
| 6 | Alibaba | Shenzhen Muhuihuang Trade Co., Ltd. | muhuihuan | 1600123603380 |
| 7 | Alibaba | Henan Ocean Power Housewares Co., Ltd. | ocpo | 62493386417 |
| 8 | Alibaba | Ningbo Wellrich Imp & Exp Co., Ltd. | wellrich | 62140486143 |
| 9 | Alibaba | Guangzhou Yushengwan Electronic Commerce Co., Ltd. | yusheone | 1600125288936 |
| 10 | Aliexpress | HOT Good Store | 2628007 | 1005001934771888 |
| 11 | Aliexpress | 4YANG Exquisite Life Store | 2819028 | 1005001388429038 |
| 12 | Aliexpress | Pop Dropshipping Store | 3239100 | 1005001345219791 |
| 13 | Aliexpress | U&I&relax Store | 3244045 | 1005001960516508 |
| 14 | Aliexpress | ONLOVE Store | 3246082 | 1005001859975912 |
| 15 | Aliexpress | VOGVIGO DIYBaking Store | 4642003 | 1005001389016260 |
| 16 | Aliexpress | Future b Store | 4719002 | 1005002022498526 |
| 17 | Aliexpress | decorating life Store | 4992355 | 1005001322732112 |
| 18 | Aliexpress | TETOU House Store | 4993309 | 1005001335078400 |
| 19 | Aliexpress | Clare Zita Kyra'S Store | 4998234 | 1005001890736167 |
| 20 | Aliexpress | GOOD LIFE TO U Store | 5003498 | 1005001894275148 |
| 21 | Aliexpress | Hom Supermarket Store | 5005241 | 4001199676485 |
| 22 | Aliexpress | TTLIFE funny Kitchen Store | 5006072 | 1005001391976029 |
| 23 | Aliexpress | Shenzhen Furnishing House Store | 5038092 | 1005001335106772 |
| 24 | Aliexpress | HomelyDecor Store | 5076062 | 1005001319146287 |
| 25 | Aliexpress | Joanna's Tool Store | 5116046 | 1005001909873475 |
| 26 | Aliexpress | MHORLX Store | 5477101 | 1005001339144547 |
| 27 | Aliexpress | Shop5568135 Store | 5568135 | 1005001423416463 |

| 28 | Aliexpress | MHORLX Legendary Store | 5589332 | 1005001338972997 |
|----|------------|------------------------|---------|------------------|
| 29 | Aliexpress | Mintiml Life Store | 5601200 | 4001191751825 |
| 30 | Aliexpress | P-Home Store | 5681045 | 1005001883275028 |
| 31 | Aliexpress | KinDly JekHo ByBy Store | 5764005 | 4001365859120 |
| 32 | Aliexpress | Fantasy Enough Life Store | 5783477 | 1005001354146416 |
| 33 | Aliexpress | TrendyHome Store | 5793224 | 1005001389257519 |
| 34 | Aliexpress | Mintiml Friendly Store | 5799430 | 4001165376478 |
| 35 | Aliexpress | Dropshipper Following Store | 5800418 | 1005001310839741 |
| 36 | Aliexpress | Whole house Store | 5869417 | 1005001895384352 |
| 37 | Aliexpress | Dafa House Store | 5870842 | 1005001942569504 |
| 38 | Aliexpress | Shop5873713 Store | 5873713 | 1005001319138520 |
| 39 | Aliexpress | Life Dropshipping Store | 5874816 | 1005001383438241 |
| 40 | Aliexpress | Shop5877260 Store | 5877260 | 1005001352777996 |
| 41 | Aliexpress | We Need Store | 5890655 | 4001258964276 |
| 42 | Aliexpress | Beautiful-House Store | 900248075 | 1005001395800603 |
| 43 | Aliexpress | Shop910332331 Store | 910332331 | 1005001381991995 |
| 44 | Aliexpress | Shop910721175 Store | 910721175 | 1005002011026662 |
| 45 | Aliexpress | Sunest Store | 910723111 | 1005001885038530 |
| 46 | Aliexpress | Shop910742138 Store | 910742138 | 1005001885102272 |
| 47 | Aliexpress | Living homme Store | 910749009 | 1005001883559280 |
| 48 | Aliexpress | Shop910859004 Store | 910859004 | 1005001888690817 |
| 49 | Aliexpress | Good luck life Store | 910923062 | 1005001888665933 |
| 50 | Aliexpress | Vegetarian small meatballs Store | 911060227 | 1005001959934372 |
| 51 | Aliexpress | Weird Life No. 08 Store | 911129048 | 1005001933553846 |
| 52 | Aliexpress | Home-Supplies Store | 911251315 | 1005001963605338 |
| 53 | Amazon | jiaofafa | A1ISJLNMJCK1MK | B08GCLPMFH |
| 54 | Amazon | Petting pet shop every day | A1RW82UF991J8C | B08786WQXH |
| 55 | Amazon | yangmingkunkun | A26OKPW75WTGPJ | B08G19M876 |
| 55 | Amazon | yangmingkunkun | A26OKPW75WTGPJ | B08G1BXMS2 |
| 56 | Amazon | Feng Chenstor | A295RUSJT3R5H8 | B08G1FBNSF |
| 57 | Amazon | Mingyi Department Store | A2QZSC23YMTNT6 | B08G1K5YGK |
| 58 | Amazon | YYjjhd54e | A3JS6FHU6WV1Z7 | B08G4GR6VZ |
| 58 | Amazon | YYjjhd54e | A3JS6FHU6WV1Z7 | B08G444FFD |
| 58 | Amazon | YYjjhd54e | A3JS6FHU6WV1Z7 | B08G4D98GN |
| 59 | Amazon | Brilliaire.LLC | A51I81KEWLSCT | B08G8HFFLJ |
| 59 | Amazon | Brilliaire.LLC | A51I81KEWLSCT | B08G898NTD |
| 60 | Amazon | cftaro | AIAF9253VNSVX | B08G8PP1HN |
| 60 | Amazon | cftaro | AIAF9253VNSVX | B08G8GWCP7 |
| 61 | Amazon | JJDDMall | AZFD8H1AYBJH | B08G4WYYXP |
| 61 | Amazon | JJDDMall | AZFD8H1AYBJH | B08G4VZZKC |
| 61 | Amazon | JJDDMall | AZFD8H1AYBJH | B08G4W3NJ8 |
| 62 | Amazon | Gebide Taishan | A2NLH4SHRY7TNM | B08G1DS75D |
| 62 | Amazon | Gebide Taishan | A2NLH4SHRY7TNM | B08G1F2P2C |

| 63 | Amazon | minquanchuyu | A2UNEM3I1TFEVR | B08G3T3GNL |
|---|---|---|---|---|
| 64 | Amazon | Bruishang | A2W0W6AJDVQUX3 | B08NDSF4C8 |
| 65 | Amazon | DISISINAAN | A212SB9JUBQU80 | B08GKK6D7L |
| 66 | Amazon | ZKGOKYGS | AUIPGE2TQ1I2B | B08H5K7VYP |
| 67 | Amazon | xinzhoushixinfuquruijingjiajuyongpindian | A1028XTH1LW1IE | B08NCVKTQ6 |
| 68 | Amazon | OUKEYI | A15M4ITLND4OWO | B08H8S8V7P |
| 69 | Amazon | kK Mm | A162SFR8XXOUZY | B0892B3KSK |
| 70 | Amazon | sourt | A1MDWHBY131LKC | B08DJ1LYC2 |
| 71 | Amazon | shen zhen shi xin zhi jia mao yi you xian gong si | A1RSLHC3EF9X2D | B08M97F76K |
| 72 | Amazon | Gorge-buy | A2B4T3CEV0ASOP | B08HK4VV8X |
| 73 | Amazon | Jane Firm | A2GZWPNIZ9MTEU | B08G8F593W |
| 74 | Amazon | WNAO | A2N22X5KZ3QK7I | B08G4M55CT |
| 74 | Amazon | WNAO | A2N22X5KZ3QK7I | B08G4DMRLJ |
| 75 | Amazon | GangHuishop | A2NED6XFVPI58S | B08G1NWMBZ |
| 76 | Amazon | Mingyi Department Store | A2QZSC23YMTNT6 | B08G1K5YGK |
| 77 | Amazon | DODXIAOBEUL | A2XWTUF6CWHAV7 | B085L64L3Q |
| 78 | Amazon | Hugee | A30UUG18J9LPS9 | B08GJ568NM |
| 79 | Amazon | Geilihome | A34U0XBRQLP0G0 | B087NMKLPG |
| 80 | Amazon | Artwork decoration | A370ZHHAG9SVII | B07H6CVX6K |
| 80 | Amazon | Artwork decoration | A370ZHHAG9SVII | B07H69ZVQL |
| 81 | Amazon | XunYuMi E-Commerce Co., Ltd | A377GS3LCU6JJD | B08NGCZ465 |
| 82 | Amazon | WEIDO | A3IMG4GG0D63OC | B08GHZYMDR |
| 83 | Amazon | STYUJS | A3M0FO4EPS6O2O | B08G1QX5QV |
| 83 | Amazon | STYUJS | A3M0FO4EPS6O2O | B08G1PG787 |
| 84 | Amazon | hyioa3#mmbl | A3VE9ZW8YVVXMQ | B08C2MY5L1 |
| 85 | Amazon | lixianhanyu | A96964O6EK8KN | B08G1G8C8Q |
| 86 | Amazon | XinXiangBingZeShangMaoYouXianGongSi | AQ4SNIJIJ2SHX | B08GSRT5FN |
| 87 | Amazon | Jing Yu city | ATAROYMQVHPMC | B08G4W79P1 |
| 88 | Amazon | Q living | AWUVACMEEP1SX | B07WZXRVWV |
| 89 | Amazon | FeiJiao1 | AXJHGURQ2IXFC | B08GYF5ST7 |
| 89 | Amazon | FeiJiao1 | AXJHGURQ2IXFC | B08GY57C7D |
| 90 | DHgate | shinyyao | 14195465 | 391954889 |
| 91 | DHgate | houseclick_shop | 21488171 | 571012438 |
| 92 | eBay | lianxstore*v | lianxstore*v | 224120861621 |
| 93 | eBay | yu1789 | yu1789 | 274463205759 |
| 94 | eBay | shiningweddingdeals | shiningweddingdeals | 124444703351 |
| 95 | eBay | aquapina | aquapina | 264838491474 |
| 96 | eBay | avbak79 | avbak79 | 293717989617 |
| 97 | eBay | besttool2019 | besttool2019 | 193781673054 |
| 98 | eBay | camgamesales | camgamesales | 184540830667 |
| 99 | eBay | chenji_6750 | chenji_6750 | 124304488660 |
| 100 | eBay | dreamhouse2019 | dreamhouse2019 | 293698554945 |
| 101 | eBay | electronicsstyle | electronicsstyle | 114525470913 |
| 102 | eBay | fashionf2018 | fashionf2018 | 174431586542 |

| 103 | eBay | gardensupplies_online17 | gardensupplies_online17 | 324267560127 |
|---|---|---|---|---|
| 104 | eBay | jingtanmall | jingtanmall | 392911178559 |
| 105 | eBay | jttqz64 | jttqz64 | 133527190338 |
| 106 | eBay | liuy_9 | liuy_9 | 373166407628 |
| 107 | eBay | loviver_us | loviver_us | 402369423570 |
| 108 | eBay | lynnlynnseven | lynnlynnseven | 233691786553 |
| 109 | eBay | motorsdeals_sfc | motorsdeals_sfc | 383767338883 |
| 110 | eBay | notebook.edge | notebook.edge | 233686894904 |
| 111 | eBay | preperfect123 | preperfect123 | 174543684140 |
| 112 | eBay | qinso-60 | qinso-60 | 313185889647 |
| 113 | eBay | sz15-52 | sz15-52 | 133613974927 |
| 114 | eBay | vulm9662 | vulm9662 | 402379673719 |
| 115 | eBay | wojiaoneline | wojiaoneline | 184540851154 |
| 116 | eBay | xiaokisuntek | xiaokisuntek | 133498291807 |
| 117 | Shopify | ILSAL | ilsalhome.com | burger-master-innovative-burger-press |
| 118 | Shopify | Newestrends | newestrends.com | burger-master-innovative-burger-press |
| 119 | Wish | sunnyfly | 56613fd4674e7c585ff6e39b | 5fd46bf370e009b2de63a1cb |
| 120 | Wish | Nichkhun | 57ff5263381bde31b178a255 | 5f4723d396ad19003860bc97 |
| 121 | Wish | The Simple Time | 58201e17797f231c60c246ac | 5f6d5b5342b30500406e6ae2 |
| 122 | Wish | trs2017 | 589fdb56d12cac4fe5061b29 | 58e1cbd6f3bc9c55939b60f8 |
| 123 | Wish | LILI E-CO | 58b95bce1d7aec504f27315b | 5f460ef744a592003ade2409 |
| 124 | Wish | zhaoxiaojiededianpu | 59292f01ff46145c81f5ebe6 | 5f3a650c6568199c3dc77dec |
| 125 | Wish | 2015huanduo | 5971f1683299647c99d2114c | 5f44d39a29316d0047d7fdae |
| 126 | Wish | Wnagwang Biscuits | 5b63b06960b09f12e1a5bdc2 | 5f4723d6db371e003a7e6886 |
| 127 | Wish | niuniushougong | 5b73c19ac381d8151c1866e3 | 5fe19d4b9b284059d1075817 |
| 128 | Wish | pygirl08 | 5b90e71ead78663287db6946 | 5f44d39bf2e74f1274778a52 |
| 129 | Wish | donStanleypLbEs | 5d406dcf72b0c92992768322 | 5fd44359479c1a4d325f4870 |
| 130 | Wish | TurboYuan | 5d4427ff72b0c963a3d12f79 | 5eea255a2bc6be01e64089ac |
| 131 | Wish | QUchengcheng | 5d790e4dd1f41b6bcb5f6956 | 5f460b3e7556220050823a1f |
| 132 | Wish | ZX_ online store | 5da422f65d73453881f4ca5e | 5f6c104197e2520042617aae |
| 133 | Wish | HURONGRONGDD | 5db92b93233b120800fe5e33 | 5f72e8741fdfce1682f87803 |
| 134 | Wish | White Petrel Shop | 5dc686428218aa0dc064a3b1 | 5f4723e152466c004ff377c7 |

| 135 | Wish | Yellow Azalea Shop | 5dc68e94f34ff51665e05962 | 5f472402720fa6004be30c66 |
|-----|------|--------------------|--------------------------|--------------------------|
| 136 | Wish | Hami melon Shop | 5dce22708b4e8e138080c603 | 5f4723f0df871b003e70e3f6 |
| 137 | Wish | ZJFNB | 5de4a013b69679989c1222a1 | 5f460bab37b9ac003eea5391 |
| 138 | Wish | ZHANGJUENX | 5de745f03bc4b31181f39e73 | 5fd44cbb90b5775f246c8850 |
| 139 | Wish | FHFTHT345 | 5e48f23c6e41073b0b4ab861 | 5fd4845189bfcfd4020a11ae |
| 140 | Wish | QWUJ WEUR | 5e4cc1eb2d835dc300e2e4a6 | 5fd442714753d8471917c6f1 |
| 141 | Wish | se3777998 | 5e9ea261155fbb8f385afbea | 5fd48448bf1f85d6eca51d9d |
| 142 | Wish | LelianyamMz | 5ea17d326cf7c886118f5b74 | 5fd6dbf6b3ceea07154da9a9 |
| 143 | Wish | tllx | 5ebb846662b43f528528c034 | 5fd6eeeeded6b0130894597b |
| 144 | Wish | Brite Enterprises | 5ee9f31fa812ce4cf375c63b | 5f7b28d6795c60a03f10cff8 |
| 145 | Wish | bingliL968785 | 5f05a4d856eca4be28503a4d | 5f3a4fac1f48d9448f780446 |