# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

John Doe

                                              Plaintiff,

v.                                                 Case No.: 1:21−cv−01149

                                                 Honorable Rebecca R. Pallmeyer

Partnerships and Unincorporated Associations Identified on Schedule "A", The, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 8, 2021:

     MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephonic motion hearing held on 10/08/2021 as to plaintiff's motion for default judgment [44]. The court has been informed that there is no objection to this motion and it is accordingly granted in part. Default judgment is entered as to the defendants identified in the amended schedule with the exception of defendant WNAO. Defendant, WNAO's motion for extension of time [48] is granted. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.